IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| The ESTATE OF GARY WAXBOM, by and through his Personal Representative Elizabeth Waxbom, and ELIZABETH WAXBOM, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 15–169–M–DLC–JCL<br><br>ORDER |

Pursuant to the Parties' Joint Stipulation for Dismissal (Doc. 21),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The bench trial set for May 15, 2017, is VACATED.

Dated this 19th day of October, 2016.

_____
Dana L. Christensen, Chief District Judge
United States District Court